IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MARK URDIALEZ**                                                                                   **PETITIONER**

VS.                        **CASE NO. 2:10CV00148 JMM**

**T.C. OUTLAW, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                             **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 30th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE